OPINION — AG — ** COMMISSIONER OF PUBLIC SAFETY — AUTHORITY TO SET SALARY — MERIT SYSTEM SALARY SCHEDULE ** 47 O.S. 1976 Supp., 2-104 [47-2-104] ESTABLISHES MINIMUM AND MAXIMUM SALARIES FOR HIGHWAY PATROLMEN BUT DOES NOT AUTHORIZE THE COMMISSIONER OF PUBLIC SAFETY TO ESTABLISH INTERMEDIATE SALARY STEPS BETWEEN THE MINIMUM AND MAXIMUM LIMITS. ABSENT SPECIFIC LEGISLATION, THE MERIT SYSTEM SALARY SCHEDULE WILL CONTROL THE INTERMEDIATE STEPS. CITE: 74 O.S. 1971 805 [74-805] (DANIEL J. GAMINO)